**Thomas E. Higgins, P.L.L.C.**
LAW OFFICES OF THOMAS E. HIGGINS
325 West Franklin Street
Tucson, Arizona 85701
(520) 624-8663
**higginsinvail@aol.com**
State Bar No: 04324

Attorney for Zachary Arthur Kakar

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ZACHARY ARTHUR KAKAR,<br>          Defendant. | NO. 20-mj-00301-N/A-LAB<br><br>**DEFENDANT'S NOTICE OF CHANGE OF PLEA** |

DEFENDANT HEREBY GIVES NOTICE THAT the defendant will be entering into the plea offered by the United States Attorney on May 19, 2020 at 10:00 a.m. before the Honorable Jacqueline M. Rateau.

**RESPECTFULLY SUBMITTED**: April 7, 2020.

                              _/s/Thomas E. Higgins_____
                              **THOMAS E. HIGGINS**
                              Attorney for Defendant

This document filed via CM/ECF this date to:

U.S. District Court Clerk - Tucson

U.S. District Court Judge

Assistant U.S. Attorney
Christine Melton